UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Rebecca Arien Salinas,**

            **Plaintiff,**

CASE NUMBER: 12-11614
HONORABLE VICTORIA A. ROBERTS
MAG. JUDGE R. STEVEN WHALEN

v.

**Commissioner of Social Security,**

            **Defendant.**

                                      /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 7, 2013, Magistrate Judge Whalen issued a Report and Recommendation [Doc.23], recommending that Plaintiff's Motion for Remand [Doc. 12] be granted and Defendant's Motion for Summary Judgment [Doc. 17] be denied. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation.

This matter is **REMANDED** for further administrative proceedings that include:

    (1)    redaction of files pertaining to other individuals;

    (2)    re-contact of the treating physician to determine if additional treating records exist for Plaintiff; and

    (3)    consideration of records submitted after the administrative opinion issued on September 10, 2012.

**IT IS ORDERED**.

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 12, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 12, 2013.

S/Carolyn Ciesla for Linda Vertriest
Deputy Clerk

---